JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P&H Casters Company, Inc.,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>P&H Industries, LLC; and Gary Hicks,<br><br>　　　　　　Defendants. | Case 5:24-cv-1187-JGB-SP<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## JUDGMENT

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to Defendants P&H Industries, LLC's and Gary Hicks's Motion for Entry of Order of Final Dismissal with Prejudice and Entry of Judgment, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendants' Motion for Summary Judgment is **GRANTED-IN-PART** and **DENIED-IN-PART**.
2. Plaintiff's Third Amended Complaint is **DISMISSED WITH PREJUDICE** as against all Defendants pursuant to Federal Rule of Civil Procedure 12(b)(6).
3. Judgment is **ENTERED** in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated:  December 2, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Jesus G. Bernal
　　　　　　　　　　　　　　　　　　　United States District Judge